# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

JOSEPH LOUIS ST. ROMAIN

VERSUS

DELTA SOUTHERN CO., INC., ET AL.

NO.   2020 CW 0704

CONSOLIDATED WITH

NO.  2020 CW 0705

CONSOLIDATED WITH

NO.  2020 CW 0706

⌐JAN 1 1 2021

---

In Re:   Hartford Accident and Indemnity Company, solely in its capacity as alleged insurer of Delta Tank Manufacturing Company and its Alleged Executive Officers, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 679833.

---

**BEFORE:   THERIOT, WOLFE, AND HESTER, JJ.**

**WRIT   DISMISSED.**   This   writ   application   is   dismissed pursuant to relator's correspondence advising that the parties have finalized a settlement and requesting that this writ application be dismissed.

**MRT**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT